DAVID L. SKELTON   #96250
CHAPTER 13 TRUSTEE
600 B STREET, SUITE 2000
SAN DIEGO, CA 92101-4507

FILED SD
05 JAN 27 PM 3: 20
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE                                                    ) CASE NO. 0112192-H13
                                                         )
   DANIEL LEE & VERONICA LYNN WEYMOUTH              ) UNDISTRIBUTED FUNDS
   10015 BORDELON ST                                )
   SAN DIEGO CA                                     )
                                 92124     )
                                                         )

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT
REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: COMPLETED

EXPLANATION OF SOURCES:
   DEBTOR REFUND & 2 EO CHECKS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:                        AMOUNT:

   DANIEL LEE & VERONICA LYNN WEYMOUTH                  1,142.61
   10015 BORDELON ST
   SAN DIEGO CA
                      92124

I hereby certify under penalty of perjury that if valid addresses were
avaliable, a true copy of this was served on the Debtor(s), his attorney
of record, and Payee at the addresses as they appear herein.

SERVED:   [ ✓ ] DEBTOR(S)   [ ✓ ] ATTORNEY   [   ] PAYEE

DATED: January 25, 2005

_____
PATRICIA MORGAN
Clerk for the Office of
DAVID L. SKELTON, CHAPTER 13 TRUSTEE

   DAVID E BRITTON   #75926
   7777 ALVARADO RD #422
   LA MESA CA
                  91941

#182908